UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-7905 PA (ASx) | Date | September 24, 2025 |
| Title | Nicki Apaydin v. Move, Inc. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

Before the Court is a Motion to Dismiss filed by defendant Move, Inc. ("Defendant"). Defendant filed the Motion on September 24, 2025, and set the Motion for a hearing on November 10, 2025. Defendant's setting of the Motion on 47 days notice violates this Court's Standing Order, which states: "No motion shall be noticed for hearing more than thirty-five (35) days after service of the motion unless otherwise ordered by the Court." The Court therefore advances the hearing date for the Motion to Dismiss to October 27, 2025, at 1:30 p.m. Future violations of the Federal Rules of Civil Procedure, the Local Rules, or this Court's Orders may result in the imposition of sanctions.

IT IS SO ORDERED.