UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-7905 PA (ASx) | Date | September 25, 2025 |
| Title | Nicki Apaydin v. Move, Inc. | | |

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

The Court vacates its September 24, 2025 Minute Order advancing the hearing on defendant's Motion to Dismiss. The Motion to Dismiss is restored to the November 10, 2025 hearing date set in the Notice of Motion.

IT IS SO ORDERED.