Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Telephone: (312) 893-7002, ex. 3
eturin@mcgpc.com

Counsel for Plaintiff and the Putative Class

David R. Singer (SBN 204699)
DSinger@jenner.com
Kate T. Spelman (SBN 269109)
KSpelman@jenner.com
Elizabeth Baldridge (SBN 313390)
EBaldridge@jenner.com
JENNER & BLOCK LLP
2029 Century Park East, Suite 1450
Los Angeles, CA 90067
Telephone: (213) 239-5100

Kara V. Brandeisky (pro hac vice)
KBrandeisky@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue N.W. #900
Washington, D.C. 20001
Telephone: (202) 639-6000

Counsel for Defendant Move, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKI K. APAYDIN, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MOVE, INC. d/b/a REALTOR.COM, a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-07905 PA (ASx)<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Percy Anderson<br><br>Notice of Removal filed: August 22, 2025<br><br>Trial Date: October 27, 2026 |

This Stipulation is entered into by Plaintiff Nicki K. Apaydin ("Plaintiff") and Defendant Move, Inc. d/b/a Realtor.com ("Defendant") (collectively, the "Parties"), by and through their respective counsel:

IT IS HEREBY STIPULATED by and among the Parties to this action through their undersigned counsel that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to Plaintiff's individual claims against Defendant and without prejudice as to the claims, if any, of the members of the putative class. Each party is to bear its own costs and fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

MCGUIRE LAW, P.C.

Dated: February 1, 2026

/s/ *Eugene Y. Turin*
Eugene Y. Turin

*Counsel for Plaintiff Nicki K. Apaydin and the putative Class*

JENNER & BLOCK LLP

Dated: February 1, 2026

/s/ *Elizabeth Baldridge*
David R. Singer
Kate T. Spelman
Elizabeth Baldridge
Kara V. Brandeisky (admitted *pro hac vice*)

*Counsel for Defendant Move, Inc.*

## ATTESTATION REGARDING SIGNATURES

I, Eugene Y. Turin, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 1, 2026

/s/ *Eugene Y. Turin*
Eugene Y. Turin